# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ALAN LEE

VERSUS

OFFICER NOLAN AIKEN AND
STATE OF LOUISIANA THROUGH
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS ELAYN HUNT
CORRECTIONAL CENTER

NO.  2019 CW 0752

**SEP 3 0 2019**

---

In Re:   Officer Nolan Aiken and the State of Louisiana through
the Department of Public Safety and Corrections, Elayn
Hunt Correctional Center, applying for supervisory
writs, 18th Judicial District Court, Parish of
Iberville, No. 72844.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DISMISSED.**  This writ application is dismissed
pursuant to relators' motion for leave of court to voluntarily
withdraw the writ application filed on July 24, 2019, advising
that the parties have agreed to a settlement, the writ
application is now moot, and relators move to withdraw it.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT